# UNITED STATES DISTRICT COURT
for the

Southern District of Iowa

| | |
|---|---|
| United States of America <br> v. <br> Roberto Gallardo Chavez | ) <br> ) <br> ) Case No: 4:99cr0065-02-JAJ <br> ) USM No: 05752-030 |
| Date of Original Judgment: 01/28/2000 <br> Date of Previous Amended Judgment: <br> *(Use Date of Last Amended Judgment if Any)* | ) <br> ) Andrew Graeve <br> *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(1)(B)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(1)(B) for a reduction in the imposed term of imprisonment to the extent permitted by statute, Section 404, First Step Act of 2018, Public Law No. 115-391, and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __life imprisonment__ ~~months~~ is reduced to __360 months__.
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

**Sentencing Guideline Amendment 782**

The government and the defendant (by email from counsel for defendant) agree that the defendant is entitled to a two-level reduction in his total offense level under the sentencing guidelines. Both suggest that a sentence of 360 months' incarceration is appropriate. After considering all of the arguments of the parties, the court agrees.

Except as otherwise provided, all provisions of the judgment dated __01/28/2020__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __12/02/2020__

Effective Date: _____
*(if different from order date)*

*Judge's signature*

John A. Jarvey, Chief United States District Judge
*Printed name and title*